UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

CHARLES WINTERS                                                                                    PLAINTIFF

V.                                                            CIVIL ACTION NO. 1:06cv393-LTS-RHW

STATE FARM FIRE AND CASUALTY COMPANY                                       DEFENDANT

### ORDER

  After a thorough review of the record, and under the standards of Fed. R. Civ. P. 56, it can not be said at this stage of the proceedings that there are no genuine issues of material fact and that Plaintiff is entitled to judgment as a matter of law.  Therefore, Plaintiff's [61] Motion for Summary Judgment is not well taken.

  Accordingly, **IT IS ORDERED**:

Plaintiffs' [61] Motion for Summary Judgment is **DENIED**.

**SO ORDERED** this the 21st day of June, 2007.

                s/ L. T. Senter, Jr.
                L. T. SENTER, JR.
                SENIOR JUDGE